# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL HURT, ALSO KNOWN AS
MICHAEL HURTS

VERSUS

STATE OF LOUISIANA THROUGH
THE BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE, ON
BEHALF OF LSU HEALTH SCIENCE
CENTER-NEW ORLEANS, MICHAEL
BARKER, M.D. AND KRESHMEH
KHOSROWANI, M.D.

NO. 2022 CW 0988

**NOVEMBER 17, 2022**

---

In Re:    Michael Hurt, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 713,571.

---

**BEFORE:    McCLENDON, WELCH, PENZATO, LANIER, AND WOLFE, JJ.**

   **WRIT GRANTED.** The August 11, 2022 judgment granting State
of Louisiana through the Board of Supervisors of Louisiana State
University on behalf of LSU Health Science Center-New Orleans's
("the State") exception of prematurity as to paragraphs 10,
14(a) (b) (c), and 15(a) (b) is reversed. The State used
plaintiff's neuroleptic malignant syndrome diagnosis as a
defense at the medical review panel hearing; therefore, the
allegations in the specified paragraphs of plaintiff's petition
related to an alleged misdiagnosis were necessarily encompassed
in the previous review and findings of the medical review panel.
Thus, the allegations contained in plaintiff's petition are not
premature. See **Coulon v. Endurance Risk Partners, Inc.**, 2016-
1146 (La. 3/15/17), 221 So.3d 809. Accordingly, State of
Louisiana through the Board of Supervisors of Louisiana State
University on behalf of LSU Health Science Center-New Orleans's
exception of prematurity is denied.

                              PMc
                              JEW
                              WIL


   **Penzato and Wolfe, JJ.**, dissent and would deny the writ
application.


COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
     FOR THE COURT